# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1262**
**CA 16-00526**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, NEMOYER, AND SCUDDER, JJ.

---

IN THE MATTER OF J. THOMAS BASSETT AND SILVIA
DE LA GARZA BASSETT, PETITIONERS-APPELLANTS,

               V                          MEMORANDUM AND ORDER

TOWN OF MANLIUS, RESPONDENT-RESPONDENT.

---

J. THOMAS BASSETT, PETITIONER-APPELLANT PRO SE.

SILVIA DE LA GARZA BASSETT, PETITIONER-APPELLANT PRO SE.

FRATESCHI LAW FIRM, PLLC, SYRACUSE (TIMOTHY A. FRATESCHI OF COUNSEL),
FOR RESPONDENT-RESPONDENT.

---

    Appeal from a judgment (denominated order) of the Supreme Court,
Onondaga County (Hugh A. Gilbert, J.), entered January 15, 2016 in a
CPLR article 78 proceeding. The judgment denied the petition.

    It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

    Memorandum: In this CPLR article 78 proceeding challenging a
determination made by a hearing officer in a small claims assessment
review (SCAR) proceeding (*see* RPTL 736 [2]), we conclude that Supreme
Court properly denied the petition. Judicial review of the
determination of a hearing officer in a SCAR proceeding is limited to
ascertaining whether the determination has a rational basis (*see*
*Matter of Dodge v Krul*, 99 AD3d 1218, 1218; *Matter of Garth v
Assessors of Town of Perinton*, 87 AD3d 1306, 1307). Here, the
evidence presented at the SCAR hearing, including the evidence of
comparable sales and assessments, provided a rational basis for the
Hearing Officer's determination that petitioners had failed to meet
their burden of demonstrating that respondent's assessment of their
property was unequal or excessive (*see Garth*, 87 AD3d at 1307; *Matter
of Montgomery v Board of Assessment Review of Town of Union*, 30 AD3d
747, 749).

Entered: December 23, 2016               Frances E. Cafarell
                                          Clerk of the Court